## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MAHMOUD BADER, | |
| Plaintiff, | Case No. 1:17-cv-00819 |
| v. | Honorable Judge Samuel Der- Yeghiayan |
| MERCHANT SERVICE MIDWEST, INC., d/b/a VELOCITY MERCHANT SERVICES, INC. | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MAHMOUD BADER, and the Defendant, MERCHANT SERVICE MIDWEST, INC., d/b/a VELOCITY MERCHANT SERVICES, through their respective counsel that the above-captioned action is dismissed, on the merits and with prejudice, against MERCHANT SERVICE MIDWEST, INC., d/b/a VELOCITY MERCHANT SERVICES, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: October 6, 2017                        Respectfully Submitted,

**MAHMOUD BADER**                             **MERCHANT SERVICE MIDWEST, INC. D/B/A VELOCITY MERCHANT SERVICES**

/s/ Taxiarchis Hatzidimitriadis               /s/ Adrian Mendoza (*with consent*)
Taxiarchis Hatzidimitriadis                   Adrian Mendoza, Esq
*Counsel for Plaintiff*                       *Counsel for Defendant*
Sulaiman Law Group, LTD                       Lillig & Thorsness, Ltd.
2500 South Highland Ave., Suite 200           1900 Spring Road, Suite 200
Lombard, Illinois 60148                       Oak Brook, IL 60523
Phone: (630) 575-8181                         Phone: (630) 571-1900
thatz@sulaimanlaw.com                         amendoza@lilliglaw.com